**FILED**
CLERK, U.S. DISTRICT COURT

6/1/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEAGAN CHAMBERLAIN, EDWARD PISTORIO, LAURA LANE, ROSALENE MULLINS, VINNY PIAZZA, AURELIE BROWN, JESSICA SWADER, and JANE TEMPLIN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-2046-MWF-PLA<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION AND EXTEND TIME FOR DEFENDANTS' REPLY**<br><br>Judge: Michael W. Fitzgerald<br><br>Current Hearing:　June 19, 2017<br>New Hearing:　　　June 26, 2017<br><br>[*Filed concurrently with Stipulation To Continue Hearing*] |

# ORDER

The Court, having reviewed the Stipulation of the parties to continue the hearing date on Defendants' motion to compel arbitration and extend time for Defendants' reply, and good cause being shown, IT IS HEREBY ORDERED that:

1. The stipulated continuance is GRANTED.
2. The hearing on Defendants' motion to compel arbitration shall be continued by one week, to June 26, 2017.
3. Defendants' time to file a reply in support of their motion to compel arbitration shall therefore be extended by one week as well, to June 12, 2017.

**IT IS SO ORDERED.**

Dated: June 1, 2017      By: _____
                              Hon. Michael W. Fitzgerald
                              United States District Judge